

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00724-CV

**IN THE INTEREST OF I.P., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02486
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

After we granted Appellant's second motion for extension of time to file the brief, we set Appellant's brief due on January 29, 2018. On January 26, 2018, Appellant's court-appointed counsel Joe Bohac advised this court that he discovered he had represented the father in the trial of this case, but he had been appointed to represent the mother in this appeal. Based on this conflict, he moved to withdraw and asked this court to abate the appeal for the appointment of substitute counsel.

On the same day, the trial court granted Joe Bohac's motion to withdraw and appointed Jack Davis to represent Appellant in this appeal. Attorney Joe Bohac's motion to withdraw and abate this appeal for appointment of counsel is MOOT.

We set Appellant's brief due on February 20, 2018. We encourage new court-appointed counsel to prepare and file the brief as quickly as possible.

Because this court must issue its opinion and judgment in this case by April 30, 2018, we caution Appellant's counsel and the State that any motions for extensions of time to file the respective briefs are discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court